**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Devonie Pike and Damon Pace, Defendants,

Of whom Damon Pace is the Appellant.

In the Interest of a Minor Under the Age of Eighteen.

Appellate Case No. 2024-000133

———————————

Appeal From Spartanburg County
M. Todd Thigpen, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-329
Submitted September 25, 2024 – Filed September 30, 2024

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

John Brandt Rucker, of The Rucker Law Firm, LLC, of Greenville, as Guardian ad Litem for Appellant.

Deborah M. Gentry, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Wendy Nicole Griffith, of Griffith Family Law Firm, PC, of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:**  Damon Pace appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Pace's counsel.

**AFFIRMED.**[1]

**THOMAS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.